**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ACE IMAGER, INC. and PINNACLE
COMMUNICATIONS INTERNATIONAL,
INC.

        Civil Action No.: 3:18-cv-00376-TJC-JBT

    Plaintiffs,

vs.

PROGEN COMPANY d/b/a AURA
IMAGING, INC., GUY COGGINS and
SUSAN COGGINS
                              /

**PLAINTIFFS' MOTION FOR LEAVE**
**TO FILE DOCUMENTS UNDER SEAL**

Plaintiffs Ace Imager, Inc. and Pinnacle Communications International, Inc. (collectively hereinafter, "Plaintiffs"), by and through their undersigned attorneys, pursuant to Fed. R. Civ. P. 5.2(d) and Local Rule 3.01, hereby move the Court for an order permitting Plaintiffs to be allowed to file the exhibits under seal, or, as an alternative, Plaintiffs are willing to supply the Court directly with hard copies of the documents to be returned or destroyed when the Court is finished reviewing them in advance of the hearing scheduled for August 2, 2018.

Plaintiffs request that the fully executed Letter of Agreement in lieu of formal agreement dated February 24, 2017 between Ace Imager, Inc. and Aura Imaging, Inc. and the unexecuted Pinnacle Communications International, Inc.'s National Brand Manager Agreement (collectively hereinafter referred to as the "Contracts"), be filed under seal because they contain provisions requiring the parties to maintain the contracts and its terms confidential. Revealing the terms of the Contracts may disclose confidential and proprietary business information. Plaintiffs respectfully assert that the proposed exhibits will assist the Court in understanding the issues

presented at the August 2, 2018 hearing.

Pursuant to Local Rule 3.01(g), Plaintiffs have conferred with the Defendants, who oppose the relief requested in this Motion.

WHEREFORE, Plaintiffs Ace Imager, Inc. and Pinnacle Communications International, Inc., respectfully request this Court enter an order granting this Motion and allowing them to file the Contracts under seal and grant such further and additional relief deemed just and proper under the circumstances.

        MILAM HOWARD NICANDRI
        GILLAM & RENNER, P.A.

By:   *s/ Michael T. Fackler*
      Michael T. Fackler
      Florida Bar No.: 612421
      Patrick W. Joyce
      Florida Bar No.: 85078
      14 East Bay Street
      Jacksonville, Florida 32202
      Tel:  (904) 357-3660
      Fax: (904) 357-3661
      Primary:  mfackler@milamhoward.com
      Secondary:  sphipps@milamhoward.com
      Primary:  pjoyce@milamhoward.com
      Secondary:  sjames@milamhoward.com

      ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this *31st* day of July, 2018, a copy of the foregoing has been electronically filed with the Clerk of the U.S. District Court, Middle District of Florida, via CM/ECF, and copies electronically delivered to the following:

| | |
|---|---|
| Helen H. Albee, Esq. | Nhenrichsen@hslawyers.com |
| Neil L. Henrichsen, Esq. | Halbee@hslawyers.com |
| Henrichsen Siegel, P.L.L.C. | service@hslawyers.com |
| 301 West Bay Street, 14th Floor | |
| Jacksonville, Florida 32202 | |

                *s/ Michael T. Fackler*
                  Attorney